UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tersip,<br><br>    Plaintiff,<br><br>v.<br><br>Viking Collection Services<br><br><br><br>    Defendant. | Case No. 21-cv-03948<br><br>Judge: Joan B. Gotschall<br><br>Magistrate: Gabriel A. Fuentes<br><br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

Now comes Plaintiff and Defendant, by and through Counsel, and inform this Honorable Court that Plaintiff is Dismissing this case with Prejudice.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, PC

By: /s/ John P. Carlin
John P. Carlin, Esq.
Suburban Legal Group, PC
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel: 847-843-8600
Fax: 847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that this document was filed electronically this 25th day of September 2021. Notice of this filing will be sent to counsel of record at the email addresses below.

s/ John P. Carlin

Tom Johnson
VP of Operations
Viking Client Services, LLC
952-944-7575 - O
952-220-0344 - C
tjohnson@vikingservice.com